# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER REVOKING PRETRIAL** |
| Plaintiff, | ) | **RELEASE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tatum Leigh Paasch, | ) | Case No. 1:24-cr-00110 |
| | ) | |
| Defendant. | ) | |

On September 4, 2025, defendant appeared before the court on an Amended Petition for Revocation of Pretrial Release. At the outset of the hearing, defendant advised that she was not contesting the allegations contained in the petition.

For the reasons articulated on the record, the court **REVOKES** defendant's pretrial release. Defendant is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED.**

Dated this 4th day of September, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court